# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Midwest Operating Engineers Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−00958
Honorable Joan H. Lefkow

Val's Crane & Equipment Co.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 4/1/2026 at 9:30 a.m. in person in courtroom 2201. The parties may file a joint proposed scheduling order or a joint written status report by 3/30/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.