AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)*<br>v.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date: January 30, 2026

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of Illinois**                                   **U.S. District Court**

Case Number: 1:26-CV-00958

Plaintiff:
**MIDWEST OPERATING ENGINEERS WELFARE FUND, et al.**

vs.

Defendant:
**VAL'S CRANE & EQUIPMENT CO., AN OHIO CORPORATION**

Received these papers on the 2nd day of February, 2026 at 1:30 pm to be served on **VALS CRANE & EQUIPMENT CO C/O VALERIE R. PORTER, R.A., 1053 KEVIN DRIVE, AKRON, OH 44313**.

I, JOSHUA PITTS, being duly sworn, depose and say that on the **5th day of February, 2026** at **8:28 pm, I:**

Service was effected by delivering a true copy of the **SUMMONS AND COMPLAINT** to **Rodney Porter, Husband/owner** authorized to accept service for **VALS CRANE & EQUIPMENT CO C/O VALERIE R. PORTER, R.A.** at **1053 KEVIN DRIVE, AKRON, OH 44313.**

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 165, Hair: Grey, Glasses: N

JOSHUA PITTS, the undersigned, being duly sworn, deposes and says that I was, at the time of service, over the age of 18 and not a party to this action. I reside in the State of Ohio.

STATE OF OHIO, COUNTY OF SUMMIT

Subscribed and Sworn to before me on the 11th day of February, 2026 by the affiant who is personally known to me.

_____
Notary Public
Cathrene Drake
My Commission Expires: 07/15/2029

**JOSHUA PITTS**
Process Server

2/11/2026
**Date**

Our Job Serial Number: NEO-2026000228
Ref: Service of Summons/Complaint to Akron, O

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a