

February 20, 2026



Attn: Clerk of Courts Burton, Atty. Pierson & Atty. Schlabowske

I am writing in answer to the above case 1:26-cv-00958; Midwest Operating Engineers Welfare Fund vs. Val's Crane & Equipment Co., requesting to file a Motion to extend the approaching 21-day deadline be granted 21 additional days as we seek to retain legal counsel representation within the Northern District of Illinois, to better navigate and advise on a resolution that will be manageable and except-able to all parties and avoid Judgement claim.

The consideration of the Court and Union Legal Representatives is greatly appreciated

Respectfully

*Rodney Porter*

Rodney Porter

President/Owner

Val's Crane & Equipment Co.

http://www.valscranes.com

cc: Valerie Porter